UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MCKINSTRY CO., LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHEROKEE CONSTRUCTION SERVICES, LLC; and OLD REPUBLIC SURETY COMPANY, Bond No. YCN5422575,<br><br>　　　　　　Defendants. | No. 3:23-cv-05784-BHS<br><br>STIPULATION AND ORDER RE CONTINUED STAY OF PROCEEDINGS<br><br>**[CLERK'S ACTION REQUIRED]** |

COMES NOW, Plaintiff McKinstry Co., LLC ("McKinstry"), Defendant, Cherokee Construction Services, LLC ("Cherokee") and Defendant Old Republic Surety Company ("Old Republic"), (collectively, the "Parties") through their counsel of record, to present the following stipulation for a continued stay of proceedings and a continuance of any court deadlines related to the above-captioned action.

STIPULATION AND ORDER RE CONTINUED STAY OF
PROCEEDINGS – 1
3:23-cv-05784-BHS

Ahlers Cressman & Sleight PLLC
1325 4TH AVE SUITE 1850   SEATTLE, WA 98101-2571

The Parties stipulate to the following facts:

1. A Complaint was filed by McKinstry in the above-captioned action.

2. The above-entitled action concerns a Miller Act Claim for subcontract work by McKinstry for Cherokee.

3. The subcontract work concerns a construction project where Cherokee is acting as the General Contractor and for which the US Army Corps of Engineers ("USACOE") is the Owner.

4. Cherokee has submitted a Contract Disputes Act claim against USACOE hereinafter referred to as the "Owner Claims."  The Owner Claims include the majority (but not the entirety) of McKinstry's claims against Cherokee brought in this action.

5. Old Republic is the surety for Cherokee's payment bond.

6. On June 5, 2024, the parties submitted a stipulation requesting this action be stayed pending Cherokee's pursuit of the Owner Claims before the Armed Services Board of Contract Appeals ("ASBCA").  The Court granted the stay by order dated June 6, 2024. (Document 14)

7. On several successive occasions thereafter, the parties agreed to continue the original stay to allow Cherokee to pursue mediation with the USACOE of the Owner Claims in the hopes of cost effectively resolving McKinstry's claims in this action.  In June 2025, the USACOE rejected Cherokee's mediation proposal.

8. On June 30, 2025, the parties submitted a Joint Status Report to this Court (Document 22) advising of the USACOE's rejection of mediation and jointly requesting the stay in this action be lifted with the parties to submit a jointly

STIPULATION AND ORDER RE CONTINUED STAY OF
PROCEEDINGS – 2
3:23-cv-05784-BHS



1325 4TH AVE SUITE 1850   SEATTLE, WA 98101-2571

proposed amended case schedule on or before July 18, 2025. The Court officially lifted the stay on July 1, 2025. (Document 23)

9. All parties to this action have since agreed to pursue direct settlement negotiations and potentially mediation (without USACOE involvement) of the claims in this action while the Cherokee-USACOE action before the ASBCA is ongoing.

10. To facilitate direct settlement negotiations and avoid unnecessary costs and attorneys' fees in this action, all parties have agreed to a continued stay of this action for at least three (3) months to allow direct settlement negotiations and/or mediation to proceed.

11. By entering into this stipulation, the Parties are attempting to avoid unnecessary costs and fees, and neither party waives any claims, counterclaims, affirmative defenses, or defenses, and all such rights are expressly reserved.

12. Based on the above facts, the Parties jointly move, stipulate, and agree to, entry of an order by the Court in the above-titled action:

    a. staying proceedings for three (3) additional months;

    b. continuing any deadlines for three (3) additional months; and

    c. requiring the Parties to file with the Court, no later than three (3) months from the entry of the order below, a joint report regarding the status of settlement negotiations/mediation, and the Parties' positions as to any further extension of the stay and continuance.

1 | DATED This 18th day of July 2025.

2 | **AHLERS CRESSMAN & SLEIGHT PLLC**       **SOKOL, LARKIN, WAGNER & STORTI LLC**

4 | By:*/s/ Bruce A. Cohen (per email authority granted 7/18/25)*       By:*/s/ Thomas A. Larkin (per email authority granted 7/18/25)*

   Bruce A. Cohen, WSBA #32116
   Bruce.Cohen@acslawyers.com
   1325 Fourth Avenue, Suite 1850
   Seattle, WA 98101-2571
   Phone: (206) 287-9900
   Fax: (206) 934-1139
   *Attorneys for Plaintiff,*
   *McKinstry Co., LLC*

   Thomas A. Larkin, WSBA #24515
   tlarkin@sokol-larkin.com
   4380 S. Macadam Avenue, Suite 530
   Portland, OR 97239
   Phone: 503-221-0699
   Fax: 503-223-5706
   *Attorney for Defendant Cherokee,*
   *Construction Services LLC*

**BULLIVANT HOUSER BAILEY PC**

By: */s/ Loren D. Podwill (per email authority granted 7/18/25)*
   Loren D. Podwill, WSBA #14490
   Loren.podwill@bullivant.com
   Alexander H. Hill, WSBA #52002
   Alexander.hill@bullivant.com
   One SW Columbia St., Suite 800
   Portland, OR 97204
   Phone: 503-221-0699
   Fax: 503-223-5706
   *Attorney for Defendant,*
   *Old Republic Surety Company*

STIPULATION AND ORDER RE CONTINUED STAY OF PROCEEDINGS – 4
3:23-cv-05784-BHS



1325 4TH AVE SUITE 1850   SEATTLE, WA 98101-2571

# ORDER

Pursuant to the above stipulation, this action and all related deadlines are STAYED for a period of three (3) months from the date of entry of this Order. No later than three (3) months from the date of entry of this Order, the Parties shall file with the Court, a joint report regarding the status of settlement negotiations/mediation, and the Parties' positions as to any further extension of the stay and continuation.

IT IS SO ORDERED this 21st day of July, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

| **AHLERS CRESSMAN & SLEIGHT PLLC** | **SOKOL, LARKIN, WAGNER & STORTI LLC** |

By: */s/ Bruce A. Cohen (per email authority granted 7/18/25)*
Bruce A. Cohen, WSBA #32116
Bruce.Cohen@acslawyers.com
1325 Fourth Avenue, Suite 1850
Seattle, WA 98101-2571
Phone: (206) 287-9900
Fax: (206) 934-1139
*Attorneys for Plaintiff,
McKinstry Co., LLC*

By: */s/ Thomas A. Larkin (per email authority granted 7/18/25)*
Thomas A. Larkin, WSBA #24515
tlarkin@sokol-larkin.com
4380 S. Macadam Avenue, Suite 530
Portland, OR 97239
Phone: 503-221-0699
Fax: 503-223-5706
*Attorney for Defendant Cherokee,
Construction Services LLC*

STIPULATION AND ORDER RE CONTINUED STAY OF PROCEEDINGS – 5
3:23-cv-05784-BHS

**BULLIVANT HOUSER BAILEY PC**

By: */s/ Loren D. Podwill (per email authority granted 7/18/25)*
Loren D. Podwill, WSBA #14490
Loren.podwill@bullivant.com
Alexander H. Hill, WSBA #52002
Alexander.hill@bullivant.com
One SW Columbia St., Suite 800
Portland, OR 97204
Phone: 503-221-0699
Fax: 503-223-5706
*Attorney for Defendant,*
*Old Republic Surety Company*

