UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MCKINSTRY CO., LLC.,

Plaintiff,

v.

CHEROKEE CONSTRUCTION SERVICES, LLC; and OLD REPUBLIC SURETY COMPANY, Bond No. YCN5422575,

Defendants.

No. 3:23-cv-05784-BHS

**JOINT STATUS REPORT, STIPULATION AND ORDER RE CONTINUED STAY OF PROCEEDINGS**

**[CLERKS ACTION REQUIRED]**

COMES NOW, Plaintiff McKinstry Co., LLC ("McKinstry"), Defendant, Cherokee Construction Services, LLC ("Cherokee") and  Defendant Old Republic Surety Company ("Old Republic"),  (collectively, the "Parties") through their counsel of record, to present the following Joint Status Report and stipulation for a continued stay of proceedings and a continuance of any court deadlines related to the above-captioned action.

JOINT STATUS REPORT, STIPULATION AND ORDER RE CONTINUED STAY OF PROCEEDINGS - 1



4380 S Macadam Ave., Suite 530
Portland, OR  97239
(503) 221-0699
FAX (503) 223-5706

The Parties stipulate to the following facts:

1. A Complaint was filed by McKinstry in the above-captioned action.

2. The above-entitled action concerns a Miller Act Claim for subcontract work by McKinstry for Cherokee.

3. The subcontract work concerns a construction project where Cherokee is acting as the General Contractor and for which the US Army Corps of Engineers ("USACOE") is the Owner.

4. Cherokee has submitted a Contract Disputes Act claim against USACOE hereinafter referred to as the "Owner Claims." The Owner Claims include the majority (but not the entirety) of McKinstry's claims against Cherokee brought in this action.

5. Old Republic is the surety for Cherokee's payment bond.

6. On June 5, 2024, the parties submitted a stipulation requesting this action be stayed pending Cherokee's pursuit of the Owner Claims before the Armed Services Board of Contract Appeals ("ASBCA"). The Court granted the stay by order dated June 6, 2024. (Document 14)

7. On several successive occasions thereafter, the parties agreed to continue the original stay to allow Cherokee to pursue mediation with the USACOE of the Owner Claims in the hopes of cost effectively resolving McKinstry's claims in this action. In June 2025, the USACOE rejected Cherokee's mediation proposal.

8. On June 30, 2025, the parties submitted a Joint Status Report to this Court (Document 22) advising of the USACOE's rejection of mediation and jointly requesting the stay in this action be lifted with the parties to submit a jointly proposed amended case schedule on or before July 18, 2025. The Court officially lifted the stay on July 1, 2025. (Document 23)

JOINT STATUS REPORT, STIPULATION AND
ORDER RE CONTINUED STAY OF
PROCEEDINGS - 2



4380 S Macadam Ave., Suite 530
Portland, OR  97239
(503) 221-0699
FAX (503) 223-5706

9. On July 18, 2025, all parties to this action agreed to pursue direct settlement negotiations and potentially mediation (without USACOE involvement) of the claims in this action while the Cherokee-USACOE action before the ASBCA is ongoing and stipulated to a continued stay of this action for three (3) months to allow direct settlement negotiations and/or mediation to proceed.

10. On July 21, 2025, the Court agreed to the stipulated stay (Document 25) and ordered the parties file a joint status report on the status of negotiations no later than October 21, 2025.

11. On October 20, 2025, because the Parties had not concluded direct settlement negotiations, and were actively considering mediation, the Parties jointly stipulated to additional 3-month extension to the current stay.   The Court agreed to the stipulated stay (Document 27) and ordered the parties file a joint status report no later than January 23, 2026.

12. Because the Cherokee-USACOE trial is now set by agreement for September 2026 and the parties are continuing to discuss direct settlement negotiations, the Parties request an additional (6) month extension to the current stay.

13. Based on the above facts, the Parties jointly move, stipulate, and agree to, entry of an order by the Court in the above-titled action:

   a. staying proceedings for six (6) additional months;

   b. continuing any deadlines for six (6) additional months; and

   c. requiring the Parties to file with the Court, no later than six (6) months from the entry of the order below, a joint report regarding the status of settlement negotiations/mediation, and the Parties' positions as to any further extension of the stay and continuance.

JOINT STATUS REPORT, STIPULATION AND
ORDER RE CONTINUED STAY OF
PROCEEDINGS - 3



4380 S Macadam Ave., Suite 530
Portland, OR  97239
(503) 221-0699
FAX (503) 223-5706

DATED This 23rd day of January 2026.

**AHLERS  CRESSMAN & SLEIGHT PLLC**                    **SOKOL, LARKIN, WAGNER & STORTI LLC**

By:    */s/ Bruce A. Cohen*                    By:*/s/ Thomas A. Larkin*
 *(per email authority granted 1/23/26)*  Thomas A. Larkin, WSBA #24515
 Bruce A. Cohen, WSBA #32116  tlarkin@sokol-larkin.com
 Bruce.Cohen@acslawyers.com  4380 S. Macadam Avenue, Suite 530
 1325 Fourth Avenue, Suite 1850  Portland, OR  97239
 Seattle, WA  98101-2571  Phone: 503-221-0699
 Phone: (206) 287-9900  Fax:    503-223-5706
 Fax:    (206) 934-1139  *Attorney for Defendant Cherokee,*
 *Attorneys for Plaintiff,*  *Construction Services LLC*
 *McKinstry Co., LLC*

**BULLIVANT HOUSER BAILEY PC**


By: */s/ Loren D. Podwill*
 *(per email authority granted 1/23/26)*
 Loren D. Podwill, WSBA #14490
 Loren.podwill@bullivant.com
 Alexander H. Hill, WSBA #52002
 Alexander.hill@bullivant.com
 One SW Columbia St., Suite 800
 Portland, OR 97204
 Phone: 503-221-0699
 Fax: 503-223-5706
 *Attorney for Defendant,*
 *Old Republic Surety Company*

JOINT STATUS REPORT, STIPULATION AND
ORDER RE CONTINUED STAY OF
PROCEEDINGS - 4



4380 S Macadam Ave., Suite 530
Portland, OR  97239
(503) 221-0699
FAX (503) 223-5706

**ORDER**

Pursuant to the above stipulation, this action and all related deadlines are STAYED for a period of six (6) months from the date of entry of this Order. No later than six (6) months from the date of entry of this Order, the Parties shall file with the Court, a joint report regarding the status of settlement negotiations/mediation, and the Parties' positions as to any further extension of the stay and continuation.

IT IS SO ORDERED this 26th day of January, 2026.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

**AHLERS CRESSMAN & SLEIGHT PLLC**          **SOKOL, LARKIN, WAGNER & STORTI LLC**

By: _/s/ Bruce A. Cohen_                    By:_/s/ Thomas A. Larkin_
*(per email authority granted 1/23/26)*        Thomas A. Larkin, WSBA #24515
Bruce A. Cohen, WSBA #32116                    tlarkin@sokol-larkin.com
Bruce.Cohen@acslawyers.com                     4380 S. Macadam Avenue, Suite 530
1325 Fourth Avenue, Suite 1850                 Portland, OR  97239
Seattle, WA  98101-2571                        Phone: 503-221-0699
Phone: (206) 287-9900                          Fax:    503-223-5706
Fax:    (206) 934-1139                         *Attorney for Defendant Cherokee,*
*Attorneys for Plaintiff,*                     *Construction Services LLC*
*McKinstry Co., LLC*

JOINT STATUS REPORT, STIPULATION AND
ORDER RE CONTINUED STAY OF
PROCEEDINGS - 5

**BULLIVANT HOUSER BAILEY PC**

By: */s/ Loren D. Podwill*
    *(per email authority granted 1/23/26)*
    Loren D. Podwill, WSBA #14490
    Loren.podwill@bullivant.com
    One SW Columbia St., Suite 800
    Portland, OR 97204
    Phone: 503-221-0699
    Fax: 503-223-5706
    *Attorney for Defendant,*
    *Old Republic Surety Company*

JOINT STATUS REPORT, STIPULATION AND
ORDER RE CONTINUED STAY OF
PROCEEDINGS - 6

SOKOL �term LARKIN

4380 S Macadam Ave., Suite 530
Portland, OR  97239
(503) 221-0699
FAX (503) 223-5706